UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Cause No. 1:07-cr-0154 SEB-KPF |
| ADRIAN KIRTZ, | ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Adrian Kirtz's supervised release be modified, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation, and orders the following:

(a) that the defendant pay $5,000.00 to the victims involved as partial restitution, on or before December 31, 2012;

(b) that defendant shall not open any lines of credit without contacting the probation officer; and

(c) that the defendant shall continue on conditions of supervised release imposed at sentencing.

SO ORDERED

Date: 10/11/2012

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Winfield Ong,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

William M. Horne
Horne Law LLC
6202 N. College Avenue
Indianapolis, IN 46220

U. S. Parole and Probation

U. S. Marshal Service